Rev. 2/11

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*     11th Circuit Docket Number: **14-12115-FF**

| Caption: | |
|---|---|
| Miccosukee Tribe of Indians of Florida, | District and Division: S.D., Florida, Miami Division |
| | Name of Judge: Honorable Marcia G. Cooke |
| | Nature of Suit: RICO |
| Appellant, | Date Complaint Filed: July 1, 2012 |
| | District Court Docket Number: 12-Civ-22439 |
| v. | Date Notice of Appeal Filed: May 13, 2014 |
| | ☐ Cross Appeal   ☐ Class Action |
| Billy Cypress, et al., | Has this matter previously been before this court? |
| | ☒ Yes   ☐ No |
| | If Yes, provide |
| Appellees. | (a) Caption: Miccosukee Tribe v. Morgan Stanley |
| | (b) Citation: 2014 WL 1910626 (S.D. Fla.) |
| | (c) Docket Number: 13-12665-FF |

| | Attorney Name | Mailing Address | Telephone, Fax, and Email |
|---|---|---|---|
| For Appellant:<br>☒ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Bernardo Roman, III | Miccosukee Tribe of Indians of Florida<br>Legal Department<br>P.O. Box 440021<br>Tamiami Station<br>Miami, FL 33144 | Telephone: (305) 894-5214<br>Facsimile: (305) 894-5212<br>E-mail:<br>bromanlaw@bellsouth.net |
| For Appellee:<br>☐ Plaintiff<br>☒ Defendant<br>☐ Other (Specify) | Jack R. Reiter<br>Nancy C. Ciampa<br>Paul A. Calli<br>(As counsel for Guy Lewis, Michael Tein, and Lewis Tein, PL) | Carlton Fields Jorden Burt, PA<br>Miami Tower<br>100 SE 2nd Street<br>Suite 4200<br>Miami, FL 33131 | Telephone: (305) 530-0050<br>Facsimile: (305) 530-0055<br>E-mail: jreiter@CFJBlaw.com<br>E-mail: nciampa@CFJBlaw.com<br>E-mail: pcalli@CFJBlaw.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ Federal Question | ☒ Final Judgment, 28 USC 1291 | ☒ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$_____ |
| ☐ US Plaintiff | | ☐ Summary Judgment | |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded:<br>$_____<br>to _____ |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO |
| | ☐ Final Agency Action (Review) | ☐ Injunction | ☐ Preliminary   ☐ Granted |
| | ☐ 54(b) | ☐ Other _____ | ☐ Permanent   ☐ Denied |

Page 2                                                            11th Circuit Docket Number: __14-12115-FF__

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☒ No
    What is the issue you claim is one of First Impression?

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☒ No

    If Yes, provide
    (a) Case Name/Statute
    (b) Citation
    (c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☒ Yes  ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☒ Yes  ☐ No

    If Yes, provide
    (a) Case Name          PLEASE SEE ATTACHED
    (b) Citation
    (c) Docket Number if unreported
    (d) Court or Agency

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☒ No
    (b) Among circuits?  ☐ Yes  ☐ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether the district court corrected dismissed the Tribe's Second Amended Complaint for lack of subject matter jurisdiction because the Tribe's federal claim involves an intra-tribal dispute.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __9th__ DAY OF __June__, __2014__.

_____Nancy C. Ciampa_____           _____/s/ Nancy C. Ciampa_____
NAME OF COUNSEL (Print)                  SIGNATURE OF COUNSEL

*Please ATTACH portion of district court, tax court, or agency record described in 11th Cir. R. 33-1(b): (a) judgments and orders appealed from or sought to be reviewed; (b) any supporting opinion, findings of fact, and conclusions of law filed by the court or the agency, board, commission, or officer; (c) any report and recommendation adopted by an order; (d) findings and conclusions of an administrative law judge when appealing a court order reviewing an agency determination; (e) any agency docket sheet or record index.*

*Miccosukee Tribe of Indians of Fla. v. Cypress*
Case No. 14-12115-FF

# ATTACHMENT TO CIVIL APPEAL STATMENT

(3)　Is there any case now pending or about to be brought before this court or any other court or administrative agency that

　　(a)　Arises from substantially the same case or controversy as this appeal?
　　　　☒ Yes　☐ No

　　(b)　Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
　　　　☒ Yes　☐ No

If Yes, provide

(a)　Case Name: *Miccosukee Tribe of Indians of Fla. v. Lehtinen*
(b)　Citation: N/A
(c)　Docket Number if unreported: 14-12495-F
(d)　Court or Agency: Eleventh Circuit Court of Appeals

(a)　Case Name: *Miccosukee Tribe of Indians of Fla. v. Lewis Tein, PL*
(b)　Citation: N/A
(c)　Docket Number if unreported: 3D14-277
(d)　Court or Agency: Third District Court of Appeal, Florida

(a)　Case Name: *Bermudez v. Miccosukee Tribe of Indians of Fla.*
(b)　Citation: N/A
(c)　Docket Number if unreported: 3D13-2153
(d)　Court or Agency: Third District Court of Appeal, Florida

(a)　Case Name: *Miccosukee Tribe of Indians of Fla. v. Cypress, et al.*
(b)　Citation: N/A
(c)　Docket Number if unreported: 13-35956-CA-40
(d)　Court or Agency: Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida

1

*Miccosukee Tribe of Indians of Fla. v. Cypress*
Case No. 14-12115-FF

(a) <u>Case Name</u>:  *Miccosukee Tribe of Indians of Fla. v. Goldenberg*
(b) <u>Citation</u>:  N/A
(c) <u>Docket Number if unreported</u>:  13-6038-CA-40
(d) <u>Court or Agency</u>:  Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida

(a) <u>Case Name</u>:  *Miccosukee Tribe of Indians of Fla. v. Lehtinen*
(b) <u>Citation</u>:  N/A
(c) <u>Docket Number if unreported</u>:  11-39362-CA-40
(d) <u>Court or Agency</u>:  Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida

35016615.1